O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PATRICIA CREMO LAUREL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. L-05-07 |
| | § | |
| AMERICAN GENERAL LIFE AND | § | |
| ACCIDENT INSURANCE COMPANY | § | |
| and MARGARITA TREVINO, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The parties have filed a "Stipulation of Dismissal with Prejudice," reciting that Plaintiff seeks to dismiss the case against the Defendants [Doc. No. 41]. Stipulations of dismissal take effect when filed and do not require an order of the court. *Meinecke v. H&R Block of Houston*, 66 F.3d 77 (5th Cir. 1995)(citing Fed.R.Civ.P. 41(a)(1)(ii)). Therefore, the Court's approval of the stipulation would have no effect. Since the case has been dismissed through the parties' stipulation, the clerk of the Court shall close the case.

IT IS SO ORDERED.

Done this 25th day of May, 2005 at Laredo, Texas.

Micaela Alvarez
United States District Judge